IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| TIMMY RAY BREWER, #134771, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | CASE NO. 2:14cv741-WHA | |
| | ) | | |
| ROBERT BENTLEY, et al., | ) | (WO) | |
| | ) | | |
| Defendants. | ) | | |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Timmy Ray Brewer, and this case is DISMISSED without prejudice.

DONE this 8th day of October, 2014.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE